UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATSUKO NAKAO, et al., | Case No. 23-cv-01685-HSG |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| AMAZON.COM, INC., et al., | |
| Defendants. | |

A case management conference was held on August 8, 2023. Having considered the parties' proposal, *see* Dkt. No. 22, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | October 13, 2023 |
| Close of Fact Discovery | June 3, 2024 |
| Exchange of Opening Expert Reports | June 17, 2024 |
| Exchange of Rebuttal Expert Reports | July 15, 2024 |
| Close of Expert Discovery | July 29, 2024 |
| Dispositive Motion & *Daubert* Hearing Deadline | October 10, 2024, at 2:00 p.m. |
| Pretrial Conference | January 7, 2025, at 3:00 p.m. |
| Jury Trial (7 days) | January 27, 2025, at 8:30 a.m. |

//
//
//
//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 8/10/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge